No. 82–297.  MELLI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 82–307.  MASTRANGELO v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–318.  STROOM v. CARTER.  C. A. D. C. Cir.  Certiorari denied.

No. 82–320.  HARRINGTON ET AL. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 82–321.  PAULK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–324.  COLLINS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–339.  MARTELL v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–5002.  WALTERS v. JAGO.  C. A. 6th Cir.  Certiorari denied.

No. 82–5003.  DAVID L. v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 82–5004.  BLAINE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–5005.  BRYANT v. UNITED STATES (two cases). C. A. 4th Cir.  Certiorari denied.

No. 82–5006.  BORRELLI v. CUYLER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 82–5007.  BROWN v. LEAVITT ET AL.  C. A. 4th Cir. Certiorari denied.